A13A0562. FULTON COUNTY v. DILLARD LAND INVESTMENTS, LLC et al.
(767 SE2d 289)

DOYLE, Presiding Judge.

In *Fulton County v. Dillard Land Investments*,[1] this Court reversed the trial court's order setting aside Fulton County's voluntary dismissal of its condemnation petition. The Supreme Court of Georgia reversed that opinion in *Dillard Land Investments v. Fulton County*.[2] We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the trial court.

*Judgment affirmed. McFadden and Boggs, JJ., concur.*

DECIDED DECEMBER 16, 2014.

Larry W. Ramsey, Jr., Steven E. Rosenberg, for appellant.
J. Houston Lennard, Pursley Lowery Meeks, Charles N. Pursley, Jr., Christian F. Torgrimson, Angela D. Robinson, Maddox, Nix, Bowman & Zoeckler, Thomas A. Bowman, Troutman Sanders, Douglas A. Henderson, for appellees.

---

[1] 322 Ga. App. 344, 347 (744 SE2d 880) (2013).
[2] 295 Ga. 515 (761 SE2d 282) (2014).